FORM 11. Informal Opening Brief (MSPB or Arbitrator Cases)  Form 11 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF PETITIONER/APPELLANT

**Case Number:** 25-1039

**Short Case Caption:** Ziegler v. Dept of Interior

**Name of Petitioner:** Victor R. Ziegler Sr.

> **Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.
>
> Attach a copy of the initial and final decision/order of the Merit Systems Protection Board or arbitrator. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

1. Have you ever had another case before this court?  ☒ Yes  ☐ No

   In a United States district court?  ☒ Yes  ☐ No

   Before the Equal Employment Opportunity Commission?  ☐ Yes  ☒ No

   If yes, identify the title and number of each case.

   > See typed sheet of paper with the cases.

**RECEIVED**

DEC 17 2024

United States Court of Appeals
For the Federal Circuit

**FORM 11. Informal Opening Brief (MSPB or Arbitrator Cases)**  Form 11 (p. 2)
July 2020

2. Did the MSPB or arbitrator incorrectly decide or fail to take into account any facts?   ☒ Yes   ☐ No

   If yes, what facts?

   > That Appellant Filed proper USERRA Claim of 38 USC 4302 being "both" "in" His Cases. DE-3443-06-0454-C-3 (22-1182) and DE-3443-06-0454-C-4 MSPB Judge Refused to acknowledge the USERRA Claim Causing Appellant Court Hearin. Six extra pprt types

3. Did the MSPB or arbitrator apply the wrong law?   ☒ Yes   ☐ No

   If yes, what law should be applied?

   > Board Applied Res Judicata using the Judge's fashioned outside settle ment claime in Fed Cir Case 22-1182. Fed Cir Scerid Appellant did not have valid USERRA claim in 22-1182. Six extra type pprt

4. Did the MSPB or arbitrator fail to consider important grounds for relief?

   ☒ Yes   ☐ No

   If yes, what grounds?

   > That Agency Never Restored Appellant Fully to His last Branch Chief Supervisor Police Officer with Already Earned Awo and standby private pay. As Promised by Status Quoe (ANNE). Six extra pprt type

FORM 11. Informal Opening Brief (MSPB or Arbitrator Cases)   Form 11 (p. 3)
July 2020

5. Are there other reasons why the MSPB's or arbitrator's decision was wrong?

   ☒ Yes   ☐ No

   If yes, what reasons?

   > Once the Board's decision on Res Judicata is set aside, the Appellant's arguments on the merits of his settlement of his 38 USC 4302 b claim is that it's typo/p.p. had to mention Uitton-States or Unssonp

6. What action do you want this court to take in this case?

   > Reverse and Remand Appeal 25-1093 back to MSPB v Full Board, So Appellant's USERRA claim 38 USC 4322 b can be heard on the merits.

Date: Dec-13-2024   Signature: Victor R. Ziegler Co
                    Name: Victor A. Ziegler

CORRECTED APPENDIX for FEDERAL CIRCUIT Case Ziegler v.Dept of Interior 2025-1093.

FORM 11. Question A. If YES, identify the title and number of each case.
The appellant answers Yes and lists his prior cases in the US Court of Appeals for the Federal Circuit as follows:

FEDERAL CIRCIT CASES
No:1.= Ziegler v. DOI 2022-1182 (   Fed. Cir May 2022)
No. 2=Ziegler v. MSPB 17-1640, 17-1641) ( Fed. Cir.  2017)
No. 3=Ziegler v. DOI  No. 269  F APP'X 965  (Fed. Cir Feb  2008 ) Remand back to MSPB
No. 4=Ziegler v. MSPB No   2008-3161 ( Oct 14, 2008 Fed. Cir.)
No. 5=Ziegler v. DOI =70 F. App'x 542, 543(Fed. Cir. 2003)

FEDERAL DISTRICT COURT
No1,= Ziegler v. Jewel No:12-4042 (April 2015)
No2,= Ziegler v Saladar No: 12-4042 (Aug 2014)
No3,= Ziegler v Norton II, then Kempthorene 04-4098 (2006)
No,4-=Ziegler v Norton I02A12308 (2003)

NO EEOOC CASES. There was no hearing for any EEOC cases; instead, a Right to Sue letter was issued for the above Federal District Court cases, Ziegler v. Norton I and Ziegler v. Norton II, then Kempthorne 04-98. This case was settled on October 15th, 2008, with the MSPB settlement under BOARD STANDARD, "of any and all cases and claims," as the Boiler Plate standard reads.
End of Appendix

*[signature]*
*Appellant*

Appellant Victor R. Ziegler Sr. types his answers to correct form 11 informal Brief for case 25-1093, as follows.

Question number 1. Answer Yes, the cases are types and listed on a sheet of paper.

Question number 2. Answer Yes. That appellant filed proper USERRA of 38 USC 4302 [b] this claim being in bith his cases DE-3443-06-0454-C- 3 and cases DE-3443-06-0454-C- 4, MSPB `Judge refused to acknowledge the USERRA claim causing appellant great harm

Question 2. BOARD applies Res Judicata using the judge's fashioned Outside settlement claim of USERRA in the second case contained in Federal Circuit case 22-1182. Still, the Federal Circuit said the appellant had not filed a valid USERRA claim. So, if there is no valid USERRA claim, how can there be Res Judicxata for future USERRA claims?

Question number 3. Answer Yes,. BOARD applied Res Judicata using the MSPB judge's fashioned outside settlement claim in Federal Circuit case 22-1182. The appellant did not make an outside settlement claim. It was the presiding MSPB judge who made up this questionable claim. If the appellant did not know this was a UERRSA claim at the drafting and signing of the settlement why for say it had to bering it before date of settlement.

Question number 4. Answer Yes. That agency BIA never restored the Appellant fully to his last position of Branch chief supervisory police officer with already earned AUO & Standby 25% premium pay as it promised by offering the appellant Status quo (Anne) The appellant got gipped out of his already earned premium pay for years 1996,1997 & 1998, He wanted to have input into the drafting up of the settlement but was kept out of the room and judge instead of making agency allow appellant into the room took appellant over to supper and pressured him to sign settlement saying it was a done deal. The judge, while being friendly, still violated the

1

basic principles of the ABA standard for attorneys. The judge interfered while the appellant's case was still going on. The appellant was out of his job for seven years, had little or no income, and could not hire an attorney to represent him at the hearing. He was feeling very sick, but he went on with the hearing. The appellant did not knowingly sign a settlement that groomed him out of his earbud income. It was the agency BIA's burden to submit the proper 1052s to the federal Pay Organization from then on to OPM. The agency did NOT submit 1052s for the years 1996,1997 &1998, which were the appellant's high three years of salary when the 25% premium pay was added in. The agency only submitted 1052 for the retroactive extra year from April 1st, 1999, to March 31st, 2000, at regular pay and no premium pay, and without, premium pay, this year was not in the appellant's high three years of salary. The appellant would never have signed the settlement if he knew the agency would not fully restore his Status Quo (Anne).

Question number 5. Answer Yes, once the BOARD's decision on Res Judicata is set aside, the appellant's arguments on the merits of his 38 USC 4302[b] claim could be heard. The merits that the settlement had to mention, such as veteran status or USERRA, are recognized as the Congressional intent of the USERRA chapter by some courts. But some courts and circuits only required the Boiler-plate standard of waving or releasing any and all chains to satisfy a veteran giving aqat his USERRA rights and benefits away USERRA rights.

Question number 6. Answer Yes, For the Federal Circuit to reverse and remand case 25-1093 to the Full Board so the appellant's claims can be heard on the merits. Some claims besides the Ststu qua and premium pay AUO & standby pay are that the appellant felt sick without his medication all day; the presiding judge pressured him into signing settlements, and agency officials would not let the appellant have input into drafting. appellant lists his income from his job and health benefits, and the appellant lost everything in the Reorganization. The appellant

was told that he was too old, almost 50 years old, and close to retirement, but he would be lucky to make it to retirement and that he would not be hired for any jobs in the reorganization. The appellant was told face-to-face by an agency selecting officer that (you)veterans are troubled, meaning veterans with veteran preference status, and that their management had ways around veteran laws Lastly, the appellant was out of his job/position for seven years, had little or no income, and needed help to hire a lawyer to represent him at the hearing, but had no money to hire one. There is an old saying that he who represents himself has a fool for a lawyer. This fits the appellant's case.

Signatuyre _____

Date. Dec 14th, 2024                    Name. Victor R. Ziegler Sr,

3




ER 149 759 298 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

Victor Ziegler
712 N. Sandberg Drive
Sioux Falls SD. 57100

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED ...
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk of Courts For
U.S. Court of Appeals For Filcon
717 Madison Place N.W.
Washington D.C. 20439

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 57109
Scheduled Delivery Date (MM/DD/YY): 12-16
Postage: $ 38.00

Date Accepted (MM/DD/YY): 12-14
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 12:52 ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $ 38.00

Weight: ___ lbs ___ ozs
☐ Flat Rate
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023  PSN 7690-02-000-9996